UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

> **FILED**
>
> AUG 05 2015
>
> MOLLY C. DWYER, CLERK
> U.S. COURT OF APPEALS

| | |
|---|---|
| AMITY RUBBERIZED PEN COMPANY, a California corporation,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>MARKET QUEST GROUP INCORPORATED, a California Corporation, DBA All in One Manufacturing; et al.,<br><br>Defendants - Appellees. | No. 13-55796<br><br>D.C. No. 2:13-cv-00069-GW-CW<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered July 13, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Margoth Turcios
Deputy Clerk